```
                          United States Bankruptcy Court
                                District of Arizona
In re:                                                        Case No. 16-00788-EPB
ROBERT LANCASTER WILLIAMSON, III                              Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0970-2        User: stroude              Page 1 of 2         Date Rcvd: Mar 16, 2016
                            Form ID: nch13pln          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2016.
db         +ROBERT LANCASTER WILLIAMSON, III,    2272 S. MCCLELLAND PLACE,    CHANDLER, AZ 85286-7632
cr         +Dallas County,    c/o Elizabeth Weller,    2777 N Stemmons Frwy,    #1000,    dallas, tx 75207-2328
13928361   +ADT,    PO BOX 650485,    Dallas TX 75265-0485
13981877   +ANITA RENNER,    12224 E. BIRCHWOOD PLACE,    Chandler AZ 85249-5134
13928364   +ARDEN PARK HOA,    PO BOX 60668,    Phoenix AZ 85082-0668
13928362   +Allied Collection Serv,    3080 S Durango Dr Ste 20,    Las Vegas NV 89117-9193
13928363   +Amex,    Po Box 297871,    Fort Lauderdale FL 33329-7871
13928366   +BAILUS COOK & KELESIS, LTD,    517 SOUTH 9TH STREET,    Las Vegas NV 89101-7010
13928367  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,     PO BOX 982238,    El Paso TX 79998)
13928369   +CBNA/SEARS,    PO BOX 6283,    Sioux Falls SD 57117-6283
13928368   +California Business Bu,    4542 Ruffner St Ste 160,    San Diego CA 92111-2238
13971396   +California Business Bureau,    1711 S Mountain Ave,    Monrovia CA 91016-4256
13928370   +Chase,    P.O. Box 15298,    Wilmington DE 19850-5298
13928371   +Chase Card,    Po Box 15298,    Wilmington DE 19850-5298
13928372    DALLAS COUNTY TAX ASSESSOR,    PO BOX 139066,    Dallas TX 75313-9066
13928373   +DESCIACCA GLASSWARE 1 SOURCE,    81 W. BOSTON,    Chandler AZ 85225-7801
13940642   +Dallas County,    Linebarger, Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
             2777 N. Stemmons Frwy Suite 1000,    Dallas, TX 75207-2328
13928376   +Jpm Chase,    Po Box 24696,    Columbus OH 43224-0696
13928377   +LAW OFFICE OF HAYES & WELSH,    199 N. ARROYO GRANDE BLVD. SUITE 200,    Henderson NV 89074-1609
13928378   +LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,    2777 N. STEMMONS FREEWAY, STE. 1000,
             Dallas TX 75207-2328
13928379   +MCYDSND,    9111 DUKE BLVD,    Mason OH 45040-8999
13928381   +NET REP MARKETING,    840 S. RANCHO DRIVE,    SUITE 4316,    Las Vegas NV 89106-3837
13928380   +Neighborhood Credit Un,    Po Box 224444,    Dallas TX 75222-4444
13928382   +RUI CREDIT SERVICES INC,    1305 WALT WHITMAN ROAD,    Melville NY 11747-4849
13928383   +STAN JOHNSON-COHEN/JOHNSON, LLC,    255 E. WARM SPRINGS ROAD,    Las Vegas NV 89119-4275
13928384   +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond VA 23224-2245
13928386    TATE & KIRLIN ASSOCIATES,    2810 SOUTHAMPTON ROAD,    Philadelphia PA 19154-1207
13928374  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: ELAN FINANCIAL SERVICES,     777 E. WISCONSIN AVENUE,
             Milwaukee WI 53202)
13928387   +VICTORIA GUNVALSON,    c/o LAW OFFICE OF HAYES & WELSH,    199 N. ARROYO GRANDE BLVD. SUITE 200,
             Henderson NV 89074-1609
13928388   +ZWICKER & ASSOCIATES, P.C.,    1225 W. WASHINGTON STREET, STE. 110,    Tempe AZ 85281-1237
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcynotices@azdor.gov Mar 16 2016 23:47:39      AZ DEPARTMENT OF REVENUE,
             BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
13928365   +E-mail/Text: bankruptcynotices@azdor.gov Mar 16 2016 23:47:39      ARIZONA DEPARTMENT OF REVENUE,
             BANKRUPTCY DIVISION FIELD 1011,    1600 W MONROE 7TH FLOOR,    Phoenix AZ 85007-2612
13928375   +E-mail/Text: cio.bncmail@irs.gov Mar 16 2016 23:48:05       IRS,    P O BOX 7346,
             Philadelphia PA 19101-7346
13928385   +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2016 23:43:04      Syncb/Care Credit,
             950 Forrer Blvd,    Kettering OH 45420-1469
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13981878     HOSPITAL H SAN JOSE DEL CABO,    CARRETERA TRANSPENISULAR KM 24.5,,
             FRACCION C-1, COL. CERRO COLORADO,,    SAN JOSE DEL CABO, B.C.S., CP 23406
13981879     MED CARE AIR LOS CABOS,    ZARAGOZA S-N, COL. 5 de FEBRERO,
             SAN JOSE DEL CABO, BAJA CALIFORNIA SUR
13981880     MEDICA LOS CABOS,    ZARAGOZA S-N, COL. 5 de FEBRERO,    SAN JOSE DEL CABO, BAJA CALIFORNIA SUR
                                                                                  TOTALS: 3, * 0, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2016 at the address(es) listed below:
        EDWARD J. MANEY    courtecf@maney13trustee.com
        HELEN ELIZABETH WELLER    on behalf of Creditor    Dallas County beth.weller@publicans.com
        MARK    WESBROOKS    on behalf of Debtor ROBERT LANCASTER WILLIAMSON, III wesbrooksefax@gmail.com, ecf@wesbrookslaw.com
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:16−bk−00788−EPB |
| ROBERT LANCASTER WILLIAMSON III<br>2272 S. MCCLELLAND PLACE<br>CHANDLER, AZ 85286<br>**SSAN:** xxx−xx−9761<br>**EIN:** | Chapter: 13 |
| Debtor(s) | |

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003 |
| Address of Debtor(s) | ROBERT LANCASTER WILLIAMSON III<br>2272 S. MCCLELLAND PLACE<br>CHANDLER, AZ 85286 |
| Address of Debtor(s) Attorney | MARK WESBROOKS<br>THE WESBROOKS LAW FIRM, PLLC<br>15396 N. 83RD AVE.<br>STE C−100<br>PEORIA, AZ 85381 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: March 16, 2016**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**