# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

16-00496

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Lancaster Williamson, III<br><br>Debtors.<br>_____<br>JPMorgan Chase Bank, National Association<br><br>Secured Creditor,<br>vs.<br><br>Robert Lancaster Williamson, III, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | No. 2:16-bk-00788-EPB<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>RE: Real property located at<br><br>8817 Tom Noon Avenue #103<br>Las Vegas, NV 89178 |

JPMorgan Chase Bank, National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to JPMorgan Chase Bank, National Association, in the amount of $2,474.32. Secured creditor requests that the arrearages be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as stated above.

DATED this 23rd day of March, 2016.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY  /s/ LJM #014228
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
March 23, 2016 to:

Robert Lancaster Williamson, III
2272 S. Mcclelland Place
Chandler, AZ 85286
Debtors

Mark Wesbrooks
15396 N. 83rd Ave. # C-100
Peoria, AZ 85381
Attorney for Debtor

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ 85003
Trustee

By: Mason Womersley

Case 2:16-bk-00788-PS    Doc 33    Filed 03/23/16    Entered 03/23/16 14:34:29    Desc
Main Document    Page 2 of 2