FENNEMORE CRAIG, P.C.
Nancy March (No.012802)
One South Church Ave., Suite 1000
Tucson, AZ 85701-1627
Telephone: (520) 879-6800
Facsimile: (520) 879-6899
Email: nmarch@fclaw.com

Attorneys for Judgment Creditor Victoria Gunvalson

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| ROBERT LANCASTER WILLIAMSON, III, | Case No. 2:16-BK-00788-EPB |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Pursuant to Bankruptcy Rule 9010(b), please take notice that the law firm of FENNEMORE CRAIG, P.C. ("Fennemore Craig") is appearing as counsel for judgment creditor Victoria Gunvalson in the above-referenced bankruptcy proceeding. Pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned, on behalf of the named party, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon Fennemore Craig as set forth below:

FENNEMORE CRAIG, P.C.
One South Church Ave., Suite 1000
Tucson, AZ 85701-1627
Telephone: (520) 879-6800
Facsimile: (520) 879-6899
Email: nmarch@fclaw.com

Please take further notice that pursuant to § 1109(b) of the Code, the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands,

11507758.1/042260.0001

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

Case 2:16-bk-00788-PS    Doc 34    Filed 04/13/16    Entered 04/13/16 09:17:01    Desc
Main Document    Page 1 of 2

hearings, motions, petitions, pleadings, or requests and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, facsimile, or otherwise.

DATED this 13th day of April, 2016.

FENNEMORE CRAIG, P.C.

By /s/ *Nancy J. March* (No. 012802)
   Nancy J. March
   Attorneys for Victoria Gunvalson

COPIES of the foregoing were sent as indicated this 13th day of April, 2016, to:

Mark Wesbrooks    (email)
15396 N. 83rd Ave.
Ste. C100
Peoria, AZ 85381
wesbrooksefax@gmail.com
Attorney for the Debtor

Edward J. Maney    (first-class mail)
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
Chapter 13 Trustee

Robert Lancaster Williamson III    (first-class mail)
2272 S. McClelland Place
Chandler, AZ 85286
Debtor

Leonard J. McDonald    (email)
Tiffany & Bosco P.A.
2525 East Camelback Road
Phoenix, AZ 85016
ljm@tblaw.com

/s/ *Susanne García*

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

11507758.1/042260.0001

- 2 -

Case 2:16-bk-00788-PS    Doc 34    Filed 04/13/16    Entered 04/13/16 09:17:01    Desc
Main Document    Page 2 of 2