# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 16-00788    Debtor(s) Name: Robert Williamson III    Date Prepared: 07/12/16

Receipts and Disbursement for Month Ended ___June,30 2016___ 🄰

|  |  | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| 🄱 | 1 Gross Sales . . . . . . . . . . | |
| 🄲 | 2 Less Cost of Goods Sold . . . . . . . . . . . . | $ 13326.00 |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) . . . . . . . . . | $ 0.00 |
| | 4 Add Other Income . . . . . . . . . . . . . . . . . | $ 0.00 |
| | 5 Gross Income (add lines 3 and 4) . . . . . . . . . . . (A) | $ 13326.00 |

**Business Costs and Expenses: (Do not list Chapter 13 Plan payment)**

|  |  | Amount for Month |  |
|---|---|---|---|
| 🄳🄴🄵 | 6 Business Real Property Rent/Lease . . . . . . . . . . . . | $ 2127.00 | |
| | 7 Business Real Property Utilities . . . . . . . . . . . . | $ 1502.00 | |
| | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . | $ 0.00 | |
| 🄶 | 9 Employee Benefits . . . . . . . . . . . . . . | $ 0.00 | |
| | 10 Payroll Tax Deposits . . . . . . . . . . . | $ 0.00 | |
| | 11 Sales Tax Deposits . . . . . . . . . . . . . | $ 0.00 | |
| 🄷🄸 | 12 Other Tax Deposits . . . . . . . . . . . . . | $ 0.00 | |
| 🄹 | 13 Auto Expense . . . . . . . . . . . . | $ 777.00 | |
| | 14 Repairs/Maintenance . . . . . . . . . . . | $ 278.00 | |
| 🄺 | 15 Insurance on Business (Fire, Theft, Liability, etc.) . . . . . . . . | $ 936.00 | |
| | 16 Workman's Compensation Insurance . . . . . . . . | $ 0.00 | |
| | 17 Supplies (not included on line 2 above) . . . . . . . . | $ 0.00 | |
| | 18 Telephone/Internet . . . . . . . . . . . . | $ 285.00 | |
| | 19 Advertising/Promotion . . . . . . . . . . . . | $ 0.00 | |
| 🄻 | 20 Travel/Entertainment  Includes Meals . . . . . . . . . . | $ 540.00 | 6512.00 |
| 🄼 | 21 Professional Fees Paid (Attorney, Accountant, etc.) . . . . . . . | $ 420.00 | |
| | 22 Other Costs/Expense  . WSQP tournament Buyins . . . . . . . . | $ 3116.00 | |
| | 23 **Total Business Costs and Expenses for Month** . . . . . . . . . (B) | $ 9981.00 | |
| | 24 **Net Income (Loss) for Month (A minus B)** . | $ 3345.00 | |

|  |  |  |
|---|---|---|
| 🄽 | Total Funds On Hand/In Bank At End Of Month . . . . . . | $ 2094.52 |
| 🄾 | Total Inventory On Hand At End Of Month . . . . . . . . . . . . | $ 0.00 |
| 🄿 | Total Accounts Receivable (Collectible) At End Of Month . . . . . . | $ 0.00 |
| 🅀 | Total Accounts Payable At End Of Month . . . . . . . . . | $ 0.00 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____    Date: June 14, 2016

Date: