UNITED STATES BANKRUPTCY COURT **FILED**
ARIZONA DISTRICT
PHOENIX

JUL 1 9 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | Case No. 16-00788 |
|---|---|
| ROBERT III WILLIAMSON Debtor(s). | Chapter 13 NOTICE OF SATISFACTION OF PROOF OF CLAIM # 4 |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 4/21/16 and assigned as Claim number 4 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 4 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: 7/18/2016

Respectfully submitted,
Buckley Madole, P.C.

_____
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, National Association

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 18 day of July, 2016 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
ROBERT III Williamson
2272 S MCCLELLAND PL
CHANDLER AZ 852482632

**Debtors' Attorney**
MARK WESBROOKS
THE WESBROOKS LAW FIRM, PLLC
15396 N 83RD AVE STE C100
PEORIA AZ 853815627

**Chapter 13 Trustee**
EDWARD J. MANEY
101 N 1ST AVE STE 1775
PHOENIX AZ 850031927

_____
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez