**MARK WESBROOKS (018690)**
**THE WESBROOKS LAW FIRM, P.L.L.C.**
**15396 N. 83RD Ave., Ste. C100**
**Peoria, AZ 85381**
**(602) 262-0390**
**Fax: (602) 297-6580**
**Mark.Wesbrooks@azbar.org**
**Attorneys for Debtor**

SIGNED.

Dated: September 16, 2016

Paul Sala, Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re:<br><br>**ROBERT LANCASTER WILLIAMSON III,**<br><br>           Debtor. | CHAPTER 13<br><br>CASE NO.: 2:16-bk-00788-PS<br><br>**ORDER GRANTING ADDITIONAL TIME TO COMPLETE MATTERS REQUIRED FOR CONFIRMATION AND FOR CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN** |

On this day, came for consideration, the Debtor's Motion for Additional Time to Compete Matters Required for Confirmation and for Confirmation of Debtor's Chapter 13 Plan.

The Court, having considered such Motion, is of the opinion that such Motion should be GRANTED;

Debtor shall have the additional time to meet the Trustee's Recommendations to the satisfaction of the Trustee, or otherwise resolve any existing dispute to any requirement through hearing, and that such matters shall be concluded by submission of a Stipulated Order Confirming Plan to the Trustee for review and approval, within 45 days from the date of filing of the Motion, which is October 24, 2016.

This Order is without prejudice to any further request(s) for additional time by the debtor or other party, which may be hereafter presented and considered upon its own merits.

AS DATED AND SIGNED ABOVE

ORDER GRANTING ADDITIONAL TIME TO COMPLETE MATTERS
REQUIRED FOR CONFIRMATION - PAGE 2